The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEVE E. BARRON, an individual,<br><br>    Plaintiff,<br> vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY.<br><br>    Defendant. | No. 3:16-cv-05576-BHS<br><br>**NOTICE OF APPEARANCE**<br><br>**(Clerk's Action Required)** |

TO: The Clerk of the Court; and
TO: All counsel of record

**PLEASE TAKE NOTICE** that CHRISTOPHER J. ROSLANIEC hereby joins Rory W. Leid, III and Kimberly L. Rider of the law firm COLE | WATHEN | LEID | HALL, P.C., as associate counsel on behalf of Defendant American Family Insurance Company.

The parties are respectfully requested to include CHRISTOPHER J. ROSLANIEC'S name to any certificate of service, and the Clerk is respectfully include his name on the mailing list for this case.

DATED this 20th day of July, 2016.

    **COLE | WATHEN | LEID | HALL, P.C.**

    *s/ Christopher J. Roslaniec*_____
    Christopher J. Roslaniec, WSBA #40568
    *Attorney for Defendant*
    303 Battery Street, Seattle, WA 98121
    Tel: (206) 622-0494 | Fax: (206)587-2476
    croslaniec@cwlhlaw.com

//

Case No. 3:16-cv-05576
NOTICE OF APPEARANCE – Page 1 of 2
K:\FILES\Barron, Steve 16180\NOA - CJR.doc

**COLE, WATHEN, LEID & HALL, P.C.**
**303 BATTERY STREET**
**SEATTLE, WA 98104-1082**
**(206) 622-0494**

**CERTIFICATE OF SERVICE**

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I hereby certify that I caused the foregoing to be filed using the United States District Court for **Western** District of Washington – Document Filing System (CM/ECF) and a true and correct copy to be served on the following parties in the manner indicated:

| **Attorneys for Plaintiff:**<br>William C. Smart, WSBA #8192<br>Ian S. Birk, WSBA #31431<br>Isaac Ruiz, WSBA #35237<br>Law Offices of Keller Rohrback, LLP<br>1203 Third Ave., Suite 3200<br>Seattle, WA 98101-3052<br>P: 206-623-1900; F: 206-623-3384<br>wsmart@kellerrohrback.com<br>ibirk@kellerrohrback.com<br>iruiz@kellerrohrback.com | **Via CM/ECF** |
|---|---|

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 20th day of July, 2016.

*s/ Rose Behbahani*
Rose Behbahani, Legal Assistant
303 Battery Street
Seattle, WA 98121
206-622-0494
rbehbahani@cwlhlaw.com

Case No. 3:16-cv-05576
NOTICE OF APPEARANCE – Page 2 of 2

K:\FILES\Barron, Steve 16180\NOA - CJR.doc

**COLE, WATHEN, LEID & HALL, P.C.**
**303 BATTERY STREET**
**SEATTLE, WA 98104-1082**
**(206) 622-0494**