The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

STEVEN E. BARRON, an individual; MARC W. HILLESTAD and CHRISTINE L. HILLESTAD, husband and wife; FRANK E. SCHOEN, an individual; and RAYMOND OWENS and TAMMY OWENS, husband and wife,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

No. 3:16-cv-05576-BHS

JOINT MOTION TO STAY OR CONTINUE DISCOVERY DEADLINES

NOTED ON MOTION CALENDAR: JUNE 1, 2017

Pursuant to LCR 7(d)(2)(A), the parties jointly seek an order staying or continuing the existing deadline for completion of class discovery.

## I. PROCEDURAL HISTORY

The Court has established July 31, 2017, as the deadline for completing class discovery. Dkt. 58.

*Pending Discovery*. Plaintiffs have noted a Rule 30(b)(6) deposition and sought documents from defendant American Family. The parties did not agree on the scope of document production, which controls the nature and extent of the Rule 30(b)(6) deposition. The parties'

JOINT MOTION TO STAY OR CONTINUE DISCOVERY DEADLINES
(3:16-cv-05576-BHS) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

disagreements are subject to American Family's pending motion protective order filed January 5, 2017. Dkt. 32.

*Summary Judgment Motions*. Separately, the parties filed cross-motions for summary judgment. On April 27, 2017, the Court entered its Order on the summary judgment motions, granting in part and denying in part the parties' cross-motions. Plaintiffs have filed a motion for permission to appeal this ruling, arguing that an early appeal would be the more efficient procedure in this case. Dkt. 62. Defendant filed its response May 30, 2017, arguing that an early appeal will delay resolution of the case. Dkt. 63.

*Impact on Discovery.* In the interests of efficiency, it makes sense that no discovery occur until both Plaintiff's motion for interlocutory appeal and Defendant's motion for protective order are decided by the Court.

## II.     REQUESTED RELIEF

The parties do not believe it is practical to complete discovery by July 31, 2017, in light of the pending motions and therefore jointly move for an order that either stays discovery or extends the discovery completion deadline.

The parties seek to extend the deadline to complete class certification fact discovery until 120 days following entry of the Court's orders on both American Family's motion for protective order, Dkt. 32, and Plaintiffs motion for interlocutory appeal, Dkt. 62. Once the deadline for class certification fact discovery is known, the parties will submit for the Court's approval an amended scheduling order that sets forth the remaining discovery dates, consistent with the extension provided under this Motion.

JOINT MOTION TO STAY OR CONTINUE DISCOVERY DEADLINES
(3:16-cv-05576-BHS) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

RESPECTFULLY SUBMITTED,

DATED: June 1, 2017

*s/William C. Smart*
*s/Isaac Ruiz*
*s/ Kathryn M. Knudsen*
William C. Smart, WSBA #8192
Isaac Ruiz, WSBA #35237
Kathryn M. Knudsen, WSBA #41075

*s/ Jeffrey I. Tilden*
*s/ Mark A. Wilner*
Jeffrey I. Tilden, WSBA #12219
Mark A. Wilner, WSBA #31550
*Attorneys for Plaintiffs*

DATED: June 1, 2017

*s/Rory W. Leid, III*
*s/Timothy T. Parker*
Rory W. Leid, III, WSBA #25075
Timothy T. Parker, WSBA #43674

Michael S. McCarthy, *pro hac vice*
Todd P. Walker, *pro hac vice*
Matthew B. Harris, *pro hac vice*
*Attorneys for Defendant*

JOINT MOTION TO STAY OR CONTINUE DISCOVERY DEADLINES
(3:16-cv-05576-BHS) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## ORDER

For the reasons stated above, the Court grants the parties' stipulated motion to stay or continue deadlines. The deadline to complete fact discovery is extended until 120 days following entry of the Court's orders on both American Family's motion for protective order, Dkt. 32, and Plaintiffs motion for interlocutory appeal, Dkt. 62. Once the new date for class certification fact discovery is known, the parties will submit for the Court's approval an amended scheduling order that sets forth the remaining discovery dates, consistent with the extension granted herein.

IT IS SO ORDERED this 1st day of June, 2017.

_____
BENJAMIN H. SETTLE
United States District Judge

JOINT MOTION TO STAY OR CONTINUE DISCOVERY DEADLINES
(3:16-cv-05576-BHS) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384