The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEVEN E. BARRON, an individual; MARC W. HILLESTAD and CHRISTINE L. HILLESTAD, husband and wife; FRANK E. SCHOEN, an individual; and RAYMOND OWENS and TAMMY OWENS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | No. 3:16-cv-05576-BHS<br><br>JOINT STATUS REPORT |

The parties submit this Joint Status Report as directed by the Court's Minute Order of January 17, 2019. The parties jointly propose the following schedule for class-certification proceedings:

- Close of class-certification discovery, June 7, 2019;
- Initial class-certification expert disclosures, June 28, 2019;
- Rebuttal class-certification expert disclosures, July 26, 2019;
- Close of class-certification expert discovery, August 23, 2019;
- Class certification motion, September 13, 2019;

JOINT STATUS REPORT
(3:16-cv-05576-BHS) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

- Response to class certification motion, October 14, 2019;

- Reply in support of class certification motion, October 28, 2019; and

- Class certification hearing, if necessary, to be set by the Court and parties following the close of class certification briefing.

These deadlines are modeled on the Court's scheduling order issued in this case on March 17, 2017. Dkt. No. 58.

DATED this 25th day of January, 2019

KELLER ROHRBACK L.L.P.　　　　　　GORDON TILDEN THOMAS & CORDELL

By: s/ *William C. Smart* _____　　By: s/ *William C. Smart for* _____
William C. Smart, WSBA #8192　　　　　　Jeffrey I. Tilden, WSBA #12219
Isaac Ruiz, WSBA #35237　　　　　　　　　Mark Wilner, WSBA #31550
Ian S. Birk, WSBA #31431　　　　　　　　　Gordon Tilden Thomas & Cordell
Kathryn M. Knudsen, WSBA #41075　　　　1001 Fourth Avenue, Suite 4000
Keller Rohrback L.L.P.　　　　　　　　　　Seattle, Washington 98154
1201 Third Avenue, Suite 3200　　　　　　Telephone: (206) 467-6477
Seattle, Washington 98101　　　　　　　　Fax: (206) 467-6292
Telephone: (206) 623-1900　　　　　　　　jtilden@gordontilden.com
Fax: (206) 623-3384　　　　　　　　　　　mwilner@gordontilden.com
wsmart@kellerrohrback.com
iruiz@kellerrohrback.com　　　　　　　　　Attorneys for Plaintiffs
ibirk@kellerrohrback.com
kknudsen@kellerrohrback.com

Attorneys for Plaintiffs

JOINT STATUS REPORT
(3:16-cv-05576-BHS) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| COLE WATHEN LEID HALL P.C. | FAEGRE BAKER DANIELS LLP |
| By: s/ *Rory Leid*_____<br>Rory Leid, WSBA #25075<br>Kimberly Larsen Rider, WSBA #42736<br>Christopher Roslaniec, WSBA #40568<br>Cole Wathen Leid Hall P.C.<br>303 Battery Street<br>Seattle, Washington 98121<br>Telephone:  (206) 622-0494<br>Fax: (206) 587-2476<br>rleid@cwlhlaw.com<br>croslaniec@cwlhlaw.com<br>krider@cwlhlaw.com<br><br>Attorneys for Defendant | By: s/ *Todd Walker*_____<br>Michael S. McCarthy, Colorado Bar #6688<br>Todd P. Walker, Colorado Bar #31068<br>Faegre Baker Daniels LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203<br>Telephone: (303) 607-3500<br>michael.mccarthy@FaegreBD.com<br>todd.walker@FaegreBD.com<br><br>Attorneys for Defendant |

4812-4969-0758, v. 1

JOINT STATUS REPORT
(3:16-cv-05576-BHS) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384